| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SHIAO LEE (CABN 257413)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6924<br>FAX: (415) 436-7234 |
| 8 | shiao.lee@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-294 RS |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) ) | |
| BRYAN ADAMS, | ) ) | |
| Defendants. | ) ) ) | |

On August 29, 2017, defendant and his attorneys appeared before this Court. At the hearing, the Court directed the parties to appear on November 7, 2017 for a further status conference. The parties agree that the additional time is necessary for the effective preparation of counsel. Therefore, the parties agree and jointly request that the time between August 29, 2017 and November 7, 2017, should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER
CASE NO. 17-294 RS

DATED: August 30, 2017　　　　　　　　　Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Shiao Lee
SHIAO LEE
Assistant United States Attorney


/s/ Ford Greene
FORD GREENE
Attorney for Defendant Bryan Adams


/s/ James Bustamante
JAMES BUSTAMANTE
Attorney for Defendant Bryan Adams

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from August 29, 2017, through and including November 7, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/30/17　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 17-294 RS