1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6924
7      FAX: (415) 436-7234
       shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-294 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | |
| BRYAN ADAMS, | |
| Defendants. | |

On November 7, 2017, defendant and his attorneys appeared before this Court. At the hearing, the Court directed the parties to appear on February 27, 2018 for a change of plea. The parties agree that the additional time is necessary for the effective preparation of counsel. Therefore, the parties agree and jointly request that the time between November 7, 2017 and February 27, 2018, should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER
CASE NO. 17-294 RS

1 DATED: November 7, 2017          Respectfully Submitted,

2                                   BRIAN J. STRETCH
                                    United States Attorney
3

4                                    /s/ Shiao Lee
                                    SHIAO LEE
5                                   Assistant United States Attorney

6

7                                   /s/ Ford Greene
                                    FORD GREENE
8                                   Attorney for Defendant Bryan Adams

9                                   /s/ James Bustamante
                                    JAMES BUSTAMANTE
10                                  Attorney for Defendant Bryan Adams

11

12

13                          **[PROPOSED] ORDER**

14      For the reasons stated above, the Court finds that the exclusion of time from November 7, 2017,

15 through and including February 27, 2018, is warranted and that the ends of justice served by the

16 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

17 § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of

18 counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

19      IT IS SO ORDERED.

20

21 DATED: 11/8/17                    _____
                                    HON. RICHARD SEEBORG
22                                  United States District Court Judge