1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
7       FAX: (415) 436-7234
        shiao.lee@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )  No. CR 17-294 RS
14                                        )
           Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER TO
15                                        )  CONTINUE THE CASE AND EXCLUDE TIME
       v.                                 )
16                                        )
   BRYAN ADAMS,                           )
17                                        )
           Defendants.                    )
18                                        )
                                          )
19

20      This case is next on the Court's calendar for March 27, 2018 for a change of plea hearing. The

21 parties are in discussion regarding a possible resolution in this case and require the additional time of

22 one week. The parties agree and jointly request for the case to be put over to April 3, 2018 for either a

23 change of plea hearing or trial setting date. The parties agree and jointly request that the time between

24 March 27, 2018 and April 3, 2018 be excluded in order to provide reasonable time necessary for the

25 effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the

26 ends of justice served by granting the continuance outweigh the best interest of the public and the

27 defendant in a speedy trial.

28

STIPULATION AND PROPOSED ORDER
CASE NO. 17-294 RS

| | | |
|---|---|---|
| 1 | DATED: March 26, 2018 | Respectfully Submitted, |
| 2 | | BRIAN J. STRETCH |
| | | United States Attorney |
| 3 | | |
| 4 | | /s/ Shiao Lee |
| | | SHIAO LEE |
| 5 | | Assistant United States Attorney |
| 6 | | |
| 7 | | /s/ Ford Greene |
| | | FORD GREENE |
| 8 | | Attorney for Defendant Bryan Adams |
| 9 | | |
| | | /s/ James Bustamante |
| 10 | | JAMES BUSTAMANTE |
| | | Attorney for Defendant Bryan Adams |

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the case from March ~~26~~ 27, 2018 to April 3, 2018 and finds that the exclusion of time from March ~~26~~ 27, 2018 to April 3, 2018 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/27/18

HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 17-294 RS