JAMES A. BUSTAMANTE, (SBN 133675)
1000 Brannan Street, Suite 488
San Francisco, California 94103
Telephone:  415/394-3800
Facsimile:  415/522-1506
Email: john@jacksonsquarelaw.com

FORD GREENE (CABN 107601)
Hub Law Offices of Ford Greene
711 Sir Francis Drake Blvd.
San Anselmo, California 94960
Telephone: (415) 258-0360
Fax: (415) 456-5318
Email: fordgreene@comcast.net

Attorney for Defendant
BRYAN ADAMS,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:17-cr-00294-rs |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE SENTENCING |
| v. | |
| BRYAN ADAMS, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE to continue sentencing hearing,

presently set for September 18, 2018, be continued to October 23, 2018.

This request is being made due to an inadvertent vacation scheduling conflict and that

Defense counsel needs more time to properly prepare for Sentencing. There is presently

---

insufficient time to accomplish what is necessary to proceed on September 18, 2018. Probation Officer Emily Libby has no objection to this request. The parties verified with the courtroom deputy that the court is available on that date.

Wherefore, based on the files and records in this case and for the reason presented above, the Parties stipulate and agree a continuance of the sentencing hearing to October 23rd will allow reasonable time necessary for all parties; and that an Order issue excluding time between September 18, 2018 and October 23, 2018, pursuant to *18 U.S.C. section 3161(h)(7)(A)* and *(B)(iv)*, where the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

/s/
_____
JAMES A. BUSTAMANTE
Attorney for Defendant BRYAN ADAMS

/s/
_____
FORD GREENE
Attorney for Defendant BRYAN ADAMS

/s/
_____
SHIAO LEE
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/29/18

_____
HON. RICHARD SEABORG
United States District Court Judge